IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Kinsey Robinson, Chairman, Board of Trustees, on behalf of NATIONAL ROOFING INDUSTRY PENSION FUND, <br><br>      Plaintiff,<br><br>vs.<br><br>EMBRY'S ROOFING, INC.<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 1:20-CV-300<br>)<br>)<br>)<br>) |

## COMPLAINT

Plaintiff **Kinsey Robinson, Chairman, Board of Trustees, on behalf of NATIONAL ROOFING INDUSTRY PENSION FUND,** by its attorneys, **PAUL T. BERKOWITZ & ASSOCIATES, LTD.**, complains of Defendant **EMBRY'S ROOFING, INC.** stating as follows:

## COUNT I

**1.** This action arises under, and jurisdiction resides with this Court pursuant to, the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §1001, et seq., ("ERISA") and more particularly under Sections 502 and 515 of ERISA, 29 U.S.C. §1132 and §1145, and is brought by Plaintiff **Kinsey Robinson, Chairman, Board of Trustees, on behalf of NATIONAL ROOFING INDUSTRY PENSION FUND** ("Pension Fund") in order to judicially enforce the obligations owed, and breached, by Defendant **EMBRY'S ROOFING, INC.** ("Embry's Roofing") to the Plaintiff Pension Fund.  More specifically, Plaintiff Pension Fund seeks an order compelling Defendant Embry's Roofing to submit its monthly reporting forms and to

pay any delinquent contributions for the period of August 1, 2019 through January 22, 2020 to the Pension Fund.  Plaintiff Pension Fund also seeks an order directing Embry's Roofing to pay the late fees on such delinquent contributions and those now known due for the period of May 2019.  Plaintiff additionally seeks an order directing Embry's Roofing to pay the interest and liquidated damages on the delinquent contributions, plus attorneys' fees and costs incurred by Plaintiff as a result of being forced to bring this action.

2. Plaintiff Pension Fund is an employee benefit fund within the meaning of and subject to ERISA.  The Pension Fund provides benefits for employees working within this judicial district.

3. At all material times herein, Defendant Embry's Roofing employed employees working within this judicial district.

4. At all material times herein, Defendant Embry's Roofing was signatory to a collective bargaining agreement with United Union of Roofers, Waterproofers & Allied Workers, Local Union 106 of Evansville, Indiana ("Union"), and, as such, is bound by the Plaintiff Pension Fund's Agreement and Declaration of Trust ("Trust Agreement").

5. Defendant Embry's Roofing breached said collective bargaining agreement and Plaintiff's Trust Agreement by failing to submit its monthly reporting forms and failing to pay its delinquent contributions owed for the period of August 1, 2019 through January 22, 2020 and the late fees for the month of May 2019 to the Pension Fund.

6. Despite Plaintiff Pension Fund's requests, Defendant Embry's Roofing has failed to pay the contractually and statutorily required monies.

7. Plaintiff Pension Fund has satisfied all statutory prerequisites as set forth in 29 U.S.C. §1132 (h).

WHEREFORE, Plaintiff Pension Fund prays this Court order that:

**1.** Defendant Embry's Roofing submits its monthly reporting forms and pays the delinquent contributions, if any, plus interest and liquidated damages owed for the period of August 1, 2019 through January 22, 2020 to Plaintiff Pension Fund;

2. Defendant Embry's Roofing pays the late fees now known due for the month of May 2019 to Plaintiff Pension Fund;

**3.** Defendant Embry's Roofing pays Plaintiff Pension Fund's attorneys' fees and costs incurred herein; and,

**4.** Such other and further relief that this Court may find just and proper be entered against Defendant Embry's Roofing.

Respectfully submitted,

**PAUL T. BERKOWITZ & ASSOCIATES, LTD.**

By _____/s/ Paul T. Berkowitz_____
**PLAINTIFF'S ATTORNEYS**

PAUL T. BERKOWITZ
& ASSOCIATES, LTD.
Suite 600
123 West Madison Street
Chicago, Illinois 60602
(312) 419-0001
(312) 419-0002 FAX
Attorney No. 10925-49
paul@ptblaw.com0oip